

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-12-00029-CR

_____

IN RE:   SAMMY EARL WOODS

Original Mandamus Proceeding

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Justice Moseley

MEMORANDUM OPINION

Sammy Earl Woods has filed a petition for writ of mandamus in which he asks this Court to issue an order finding that the District Clerk of Red River County did not transmit his application for habeas corpus relief to the Texas Court of Criminal Appeals, and then to also find that his application was brought in good faith. This Court has jurisdiction to issue a writ of mandamus against a "judge of a district or county court in the court of appeals district." TEX. GOV'T CODE ANN. § 22.221(b) (West 2004). In this context, we have no jurisdictional authority to issue a writ of mandamus against the district clerk.

We deny the petition.

Bailey C. Moseley
Justice

Date Submitted:     February 21, 2012
Date Decided:      February 22, 2012

Do Not Publish